# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DION NEWTON,** Petitioner, | CIVIL ACTION |
| v. | |
| **KEVIN KAUFFMAN, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,** Respondents. | NO. 15-1103 |

FILED
JAN 25 2019

## ORDER

**AND NOW,** this 23rd day of January, 2019, upon consideration of Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro* se petitioner, Dion Newton, and the related submissions of the parties, the record in this case, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 21, 2018, no objections having been filed notwithstanding the passage of time for filing objections, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 21, 2018, is **APPROVED** and **ADOPTED**;

2. Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro* se petitioner, Dion Newton, is **DENIED WITH PREJUDICE** and **DISMISSED** without an evidentiary hearing; and,

3. The Clerk of Court shall **MARK** this case **CLOSED.**

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural

ruling(s) with respect to petitioner's claim(s). *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                **BY THE COURT:**

                                */s/ Jan E. DuBois*
                                DuBOIS, JAN E., J.